Mark Zeichner (MZ-6106)
Yoav M. Giver (YG-1268)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Steven M. Weinberg (SW-2381)
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars
Los Angeles, California 90067
(310) 201-7408

*Attorneys for Plaintiffs*
  *American Home Mortgage Investment, Corp. and*
  *American Home Mortgage Corp.*



JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN HOME MORTGAGE INVESTMENT, CORP., a Maryland Corporation, and AMERICAN HOME MORTGAGE CORP., a New York Corporation,<br><br>                                       Plaintiffs,<br><br>- against -<br><br>AMERICAN HOME BANK, N.A., a National Banking Association,<br>                                       Defendant. | Case No.:_____<br><br>**07 CIV 4077**<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1(a)** |

American Home Mortgage Corp. is a wholly-owned subsidiary of American Home Mortgage Holdings, Inc., which is a wholly-owned subsidiary of American Home Mortgage Investment Corp. American Home Mortgage Investment

Corp. has no parent corporations. No publicly-held company owns more than 10% of American Home Mortgage Investment Corp.'s stock.

Dated:    New York, New York
            May 24, 2007

                              ZEICHNER ELLMAN & KRAUSE LLP

                              By: _____
                                 Mark Zeichner (MZ-6106)
                                 Yoav M. Griver (YG-1268)
                                 Attorneys for Plaintiffs
                                 575 Lexington Avenue
                                 New York, New York 10022
                                 (212) 223-0400

504141.01/10331-052/MZ