# United States District Court

SOUTHERN DISTRICT OF NEW YORK

AMERICAN HOME MORTGAGE INVESTMENT, CORP., a Maryland Corporation, and AMERICAN HOME MORTGAGE CORP., a New York Corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

AMERICAN HOME BANK, N.A., a National Banking Association,

**07 CIV 4077**

**JUDGE PRESKA**

TO: (Name and address of defendant)

American Home Bank, N.A.
3840 Hempland Road
Montville, PA 17554

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark Zeichner, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature: Marcos Quintero]*
(BY) DEPUTY CLERK

MAY 2 4 2007
DATE



| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

| | | |
|---|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, ATTACHMENTS | |
| EFFECTED (1) BY ME: | OUT OF STATE | |
| TITLE: | PROCESS SERVER | DATE: 05/25/07  11:28 AM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant:
AMERICAN HOME BANK, N.A.  by handing the documents to Dennis Kluck, Senior V.P.

Place where served:
3840 Hempland Road, Mountville, PA 17554

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

Relationship to defendant: _____

Description of person accepting service:
SEX: Male  AGE: 58  HEIGHT: 6'02"  WEIGHT: 215 lbs.  SKIN: White  HAIR: Gray  OTHER: N/A

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___      SERVICES $ ___.___      TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/25/2007

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARK ZEICHNER, ESQ. |
| PLAINTIFF: | AMERICAN HOME MORTGAGE INVESMENT, CORP., ET AL |
| DEFENDANT: | AMERICAN HOME BANK, N.A., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 4077 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR