MORRISON & FOERSTER LLP
James E. Hough (JH 1066)
Rachel L. Quitkin
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000
*Attorneys for Plaintiff*
American Home Bank, N.A.



PRESKA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
American Home Mortgage Investment, Corp., :   STIPULATION EXTENDING
and American Home Mortgage Corp.,           :   TIME TO ANSWER
                                            :
                Plaintiffs,                 :
                                            :
        -against-                           :   07 CV 4077 (LAP)
                                            :
American Home Bank, N.A.,                   :
                                            :
                Defendant.                  :
-------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant AMERICAN HOME BANK, N.A. to move, answer or otherwise respond with respect to the Complaint in this matter is hereby extended through and including July 13, 2007. The parties further AGREE that defendant AMERICAN HOME BANK, N.A. hereby acknowledges sufficient service of the Complaint in this matter.

IT IS SO STIPULATED.

ny-759377

Dated: June 14, 2007

          Respectfully submitted,

          MORRISON & FOERSTER LLP

By: _____
     James E. Hough (JH 1066)
     Rachel L. Quitkin
     1290 Avenue of the Americas
     New York, NY 10104-0050
     Tel: 212.468.8000
     Fax: 212.468.7900
     *Attorneys for Defendant*

          ZEICHNER ELLMAN & KRAUSE LLP

By: _____
     Yoav M. Griver
     575 Lexington Avenue
     New York, NY 10022
     *Attorneys for Plaintiffs*
     American Home Mortgage Investment, Corp.,
     and American Home Mortgage Corp.

SO ORDERED: _____
United States District Judge

Dated: 6-20-07

ny-759377