UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

AMERICAN HOME MORTGAGE INVESTMENT, CORP., a Maryland Corporation, and AMERICAN HOME MORTGAGE CORP., a New York Corporation,

                Plaintiffs,

      -against-

AMERICAN HOME BANK, N.A., a National Banking Association,

                Defendant.

-----------------------------------------------------------------X

Index No. 07 CIV 4077 (LAP)

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AMERICAN HOME BANK, N.A. certifies that (i) there is no parent company of AMERICAN HOME BANK, N.A., and (ii) that Franklin Financial Services Corporation is a publicly held corporation that owns 10% or more of AMERICAN HOME BANK, N.A.'s stock.

Dated: New York, New York
       July 13, 2007

                                            MORRISON & FOERSTER, LLP

                                            By: _/s/ Jamie A. Levitt___
                                                Jamie A. Levitt, Esq.
                                                James E. Hough, Esq.
                                                Rachel L. Quitkin, Esq.
                                                Attorneys for Defendant
                                                American Home Bank, N.A.
                                                1290 Avenue of the Americas
                                                New York, New York  10104
                                                (212) 468-8000

ny-764533