# ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH CT 06831
(203) 622-0900
FAX (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND NJ 07068
(973) 618-9100
FAX (973) 364-9960

Yoav M. Griver
(212) 826-5335
ygriver@zeklaw.com

August 20, 2007

**BY FACSIMILE**

Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

**Facsimile No.: (212) 805-7941**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/07

**American Home Mortgage Investment Corp. v.
American Home Bank, N.A., Index No. 07 Civ 4077 (LAP)**

Your Honor:

We represented plaintiff American Home Mortgage Investment Corp. ("AHM") in the above-referenced action. The parties are currently scheduled to appear at a status conference tomorrow, August 21, 2007 at 11:30 a.m., regarding the above referenced action.

As the Court may know, plaintiff AHM and many AHM affiliates were forced into sudden and unexpected bankruptcy approximately 2 weeks ago. Since that time, we have made every effort to determine whether this firm still represented AHM (now, American Home Mortgage "debtor in possession"), whether the new entity intends to continue this litigation, and to otherwise receive instructions from the new entity. Unfortunately, we have been unable to get any feedback regarding these questions. In addition, given the circumstances, the parties were unable to meet and confer regarding discovery or scheduling matters, or to arrive at a scheduling plan for the Court's consideration.

For these reasons, we believe that a hearing tomorrow would waste the Court's time and resources. Instead, it is respectfully suggested the Court defer tomorrow's hearing for 30 days to allow the dust to settle.

*Having considered Mr. Hough's letter of today, the conference is adjourned to September 24 at 9:30 am.*

*August 20, 2007*

*So Ordered*

*Loretta A. Preska*
*USDJ*

ZEICHNER ELLMAN & KRAUSE LLP

Hon. Loretta A. Preska
August 20, 2007
Page 2

        We have contacted James Hough, counsel for defendant, regarding the suggested extension. He informs that he does not have his client's authorization to consent to adjourning the conference.

Restpectfully submitted,

Yoav M. Griver

YMG:ma

cc.    James E. Hough, Esq. (by facsimile)