**Steven M. Weinberg**

Direct Dial 310 201 7408
Direct Fax 310 201 2325
E-Mail smweinberg@ggfirm.com
File Number 03681-00084

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```


**Greenberg Glusker**

October 18, 2007

**Via Facsimile**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street, Room 1320
New York, NY 10007

 Re: *American Home Mortgage Investment Corp. v. American Home Bank, N.A.,*
  Civil Action 07 Civ 4077 (LAP)

Dear Judge Preska,

 We were directed by Your Honor to advise you by October 19, 2007 of the status of this case. I am submitting this letter on behalf of counsel for American Home Bank, N.A., James Hough, and my clients, American Home Mortgage Investment Corp. and American Home Bank.

 Our clients have not yet reached agreement on a settlement, but will be continuing in those discussions. Working out a settlement has been complicated because, as your Honor may recall, the plaintiff is in bankruptcy and the trademarks involved are assets of the bankruptcy estate. Nonetheless, we believe that we should be able to have a settlement in place within four weeks from now.

 Accordingly, on behalf of the parties, we respectfully request your Honor's permission allowing us to report back to you in four weeks.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SMW/jd  *October 22, 2007*
cc: James E. Hough, Esq. (by facsimile)

Respectfully submitted,

*/s/ Steven M. Weinberg*
Steven M. Weinberg

1606818.1
03681-00084

 GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
 1900 Avenue Of The Stars, 21st Floor, Los Angeles, California 90067
 Telephone. 310.553.3610   Fax 310 553.0687   Website: www.ggfirm.com