```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
American Home Mortgage
Investment Cap., et al.

v.

American Home Bank, N.A.

-------------------------------------------------------X

07 CV 4077 (LAP)

ORDER

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than April 4, 2008 of the status of this action.

SO ORDERED:

Dated: March 13, 2008

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

orderstatus