Apr-04-2008  10:04am  From-GREENBERG-GLUSKER    310-553-0703    T-127  P.002/003  F-701



**Steven M. Weinberg**

Direct Dial: 310.201.7408
Direct Fax: 310.201.2325
E-Mail: smweinberg@ggfirm.com
File Number: 03681-00084

USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: ____4/7/08____

**GreenbergGlusker**

April 4, 2008

**Via Facsimile**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
United States Court House
500 Pearl Street, Room 1320
New York, NY 10007

> Re:  *American Home Mortgage Investment Corp. v. American Home Bank, N.A.,*
> *Civil Action 07 Civ 4077 (LAP)*

Dear Judge Preska:

We were directed by Your Honor to advise you by April 4, 2008 of the status of this case. I am submitting this letter on behalf of counsel for American Home Bank, N.A., James Hough, and my clients, American Home Mortgage Investment Corp. and American Home Bank.

The parties have not yet reached a settlement because of the complications of the very complex bankruptcy proceedings involving Plaintiff American Home Mortgage Corp. Because the trademarks involved in this case are assets of the bankruptcy estate, no disposition of them is yet possible, which means that the parties cannot settle this case since the settlement would have to involve the trademarks. Our mutual clients do, however, intend to reach a settlement once the bankruptcy proceedings are at a stage where it is possible to do so.

As a result of the bankruptcy, this case is subject to the automatic stay. Accordingly, on behalf of the parties, we respectfully request your Honor's permission allowing us to report back to you as soon as we are able to provide you with notice that the stay is no longer effective or that we have settled, or as your Honor otherwise wishes.

*Counsel shall report on the status of the action no later than October 7, 2008*

Respectfully submitted,

Steven M. Weinberg

SO ORDERED

*Loretta A Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*April 7, 2008*

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue Of The Stars, 21st Floor, Los Angeles, California 90067
Telephone: 310.553.3610  Fax: 310.553.0687  Website: www.ggfirm.com

03681-00084/1651858.1

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

Hon. Loretta A. Preska
April 4, 2008
Page 2


SMW/jd
cc: James E. Hough, Esq. (by facsimile)

1605818 1
03681-00084 03681-00084/1631858 1